IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT |
| | ) Case No. 08 CR 113 C |
| v. | ) |
| | ) 18 U.S.C. § 2319 (b)(1) |
| KELLY A. GARCIA, | ) 17 U.S.C. § 506(a)(1)(A) |
| | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about July 30, 2003, to on or about December 4, 2003, in the Western District of Wisconsin, the defendant,

KELLY A. GARCIA,

willfully and for the purpose of private financial gain, infringed the copyrighted works of Apple Mac OS X 10.3 Panther, Windows XP Professional, Quark Xpress 6 and Macromedia by reproducing and distributing, during any 180-day period, at least 10 copies of one or more of the above-mentioned copyrighted works, which have a total retail value of more than $2,500.

(In violation of Title 18, United States Code, Section 2319(b)(1) and Title 17, United States Code, Section 506(a)(1)(A)).

A TRUE BILL

_____
PRESIDING JUROR

_____
ERIK C. PETERSON
United States Attorney

Indictment returned: 07/16/08