United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin 53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608/264-5447

July 13, 2009

John and Jeanette LeBryk
2314 Burr Oak Drive
Ashbury, IA  52002

RE:     USA v. Kelly Garcia; Case Number 08-cr-113-bbc

Dear Mr. and Mrs. Le Bryk:

    This will acknowledge your letters about Kelly Garcia, who filed a request to serve home confinement in this court. I appreciate having the benefit of your comments.

Very truly yours,

Barbara B. Crabb
District Judge

BBC:mh
cc: U.S. Attorney
    Defense Counsel
    U.S. Probation